**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Corey E. WHITE, Defendant— Appellant.**

No. 09–6494.

United States Court of Appeals, Fourth Circuit.

Submitted: July 30, 2009.

Decided: Aug. 5, 2009.

Corey E. White, Appellant Pro Se. D. Monique Broadnax, Special Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

**PER CURIAM:**

Corey E. White appeals the district court's order denying his motion for an extension of time in which to file a 28 U.S.C.A. § 2255 (West Supp.2009) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. White*, No. 2:07–cr–00150–RBS–FBS–1 (E.D.VA. Feb. 26, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*